No. 78–349.  UNITED STATES v. HELSTOSKI; and

No. 78–546.  HELSTOSKI v. MEANOR, U. S. DISTRICT JUDGE, ET AL.  C. A. 3d Cir.  [Certiorari granted, *ante,* p. 1045.] Motion to dispense with printing appendix granted.

No. 78–354.  NORTH CAROLINA v. BUTLER.  Sup. Ct. N. C. [Certiorari granted, *ante,* p. 1046.]  Motion of respondent for appointment of counsel granted, and it is ordered that R. Gene Braswell, Esquire, of Goldsboro, N. C., be appointed to serve as counsel for respondent in this case.

No. 78–5072.  DAVIS v. PASSMAN.  C. A. 5th Cir.  [Certiorari granted, *ante,* p. 925.]  Motion of petitioner for divided argument denied.  Motion of Peter Barton Hutt, Esquire, to permit Sana F. Shtasel to present oral argument *pro hac vice* granted.

No. 78–5420.  PAYTON v. NEW YORK; and

No. 78–5421.  RIDDICK v. NEW YORK.  Ct. App. N. Y. [Probable jurisdiction noted, *ante,* p. 1044.]  Motion of appellants for divided argument denied.

No. 78–5732.  GREEN v. HUNTER, U. S. DISTRICT JUDGE, ET AL.; and

No. 78–5752.  CHRISTIANSEN v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS.  Motions for leave to file petitions for writs of mandamus denied.

No. 77–1546.  STAFFORD, U. S. ATTORNEY, ET AL. v. BRIGGS ET AL.  C. A. D. C. Cir.  Certiorari granted and case set for argument with No. 78–303, immediately *infra.*

No. 78–303.  COLBY, DIRECTOR, CENTRAL INTELLIGENCE AGENCY, ET AL. v. DRIVER ET AL.  C. A. 1st Cir.  Certiorari granted and case set for argument with No. 77–1546, immediately *supra.*